COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Cynthia Markos v. Cheyenne Homeowner's Association, Inc.

Appellate case number:   01-16-00935-CV

Trial court case number:  CV-0075526

Trial court:              County Court at Law No. 2 of Galveston County

This appeal is stayed pursuant to the "Suggestion of Bankruptcy," that appellant Cynthia Markos filed in this Court on January 6, 2017, stating that appellant has filed a petition for relief under Chapter 13 of Title 11, United States Code, in Case 16-80385, styled *In re Cynthia Cole Markos, Debtor*, in the United States Bankruptcy Court for the Southern District of Texas. *See* 11 U.S.C. § 362(a) (2000) (automatic stay in bankruptcy). Until the parties notify the Court that the bankruptcy has concluded and move to reinstate the case, the Court will take no further action other than to receive and hold any documents tendered during the period of suspension. *See* TEX. R. APP. P. 8.2 (providing bankruptcy suspends "the appeal" from date bankruptcy petition was filed until court reinstates or severs appeal in accordance with federal law); *see also Budzyn v. Citibank (S.D.), N.A.*, No. 01–08–00211–CV, 2010 WL 2044628, at *1 (Tex. App.—Houston [1st Dist.] May 19, 2010, no pet.) (staying "entire appeal").

Unless a party successfully moves to reinstate the appeal or sever the appeal with respect to the bankrupt party, this appeal will be an inactive case on the Court's docket. *See* TEX. R. APP. P. 8.3.

It is so ORDERED.


Judge's signature: /s/ Harvey Brown

☑ Acting individually     ☐ Acting for the Court


Date:  January 12, 2017